COMMONWEALTH of Pennsylvania, Respondent

v.

Clavond GALLOP, Petitioner

No. 412 EAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

 

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.